| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACQUELINE P. COX |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 680, Chicago, IL |
| Ste. 1700 | Hearing Date: | / / |
| Chicago, IL 60603-5559 | Hearing Time: | 09:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: STEPHENS, LATANYA ROCHELLE　§　Case No. 10-37469
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 23, 2010. The undersigned trustee was appointed on October 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of   $   16,695.07

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $   16,695.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/04/2014 and the deadline for filing governmental claims was 02/19/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,419.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,419.51, for a total compensation of $2,419.51.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2014            By:/s/Brian Audette
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-37469  
**Case Name:** STEPHENS, LATANYA ROCHELLE  

**Period Ending:** 04/15/14

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/24/12 (c)  
**§341(a) Meeting Date:** 10/24/12  
**Claims Bar Date:** 02/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase - Checking Account<br>Imported from Amended Doc#: 30 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | sofa, vacuum, table, chairs, lamps, bedroom sets<br>Imported from Amended Doc#: 30 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Necessary wearing apparel.<br>Imported from Amended Doc#: 30 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Earrings, watch, costume jewelry<br>Imported from Amended Doc#: 30 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Whole Life Insurance<br>Imported from Amended Doc#: 30 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 Toyota Avalon with 98,000 miles<br>Imported from Amended Doc#: 30 | 6,175.00 | 1,375.00 | | 0.00 | FA |
| 7 | Settlement - Estate of J. Stephens, 10 L 13091<br>Unscheduled | 16,695.07 | 16,695.07 | | 16,695.07 | FA |
| 8 | Books, Compact Discs, Tapes/Records, Family Pict | 250.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$26,370.07** | **$18,070.07** | | **$16,695.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Proposed TFR submitted to UST for approval 3/10/14.

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2014　　　　**Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-37469  
**Case Name:** STEPHENS, LATANYA ROCHELLE  

**Taxpayer ID #:** **-***0652  
**Period Ending:** 04/15/14  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/13 | {7} | Levin & Perconti Client Fund Acct. | | 1129-000 | 16,695.07 | | 16,695.07 |
| | | | **ACCOUNT TOTALS** | | 16,695.07 | 0.00 | $16,695.07 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,695.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,695.07** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1666** | 16,695.07 | 0.00 | 16,695.07 |
| | $16,695.07 | $0.00 | $16,695.07 |

{} Asset reference(s)        Printed: 04/15/2014 11:21 AM    V.13.14

# Claims Register

**Case: 10-37469 STEPHENS, LATANYA ROCHELLE**

Claims Bar Date: 02/04/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>09/24/12 |  | $2,419.51<br>$2,419.51 | $0.00 | $2,419.51 |
| 1 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/13/10 |  | $2,808.75<br>$2,808.75 | $0.00 | $2,808.75 |
| 2 | ASSET ACCEPTANCE LLC<br>assignee/CHASE<br>PO BOX 2036<br>WARREN, MI 48090<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/30/10 |  | $1,375.36<br>$1,375.36 | $0.00 | $1,375.36 |
| 3 | ASSET ACCEPTANCE LLC assignee<br>/chase/circuit city<br>PO BOX 2036<br>WARREN, MI 48090<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/30/10 |  | $1,276.11<br>$1,276.11 | $0.00 | $1,276.11 |
| 4 | ASSET ACCEPTANCE LLC assignee<br>VALUE CITY FURNITUR<br>PO BOX 2036<br>WARREN, MI 48090<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/30/10 |  | $4,630.87<br>$4,630.87 | $0.00 | $4,630.87 |
| 5 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/01/10 |  | $9,655.40<br>$9,655.40 | $0.00 | $9,655.40 |
| 6P | Dept of the Treaury IRS<br>P O Box 21126<br>Philadelphia, PA 19114<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/26/10 |  | $4,891.49<br>$4,891.49 | $0.00 | $4,891.49 |
| 6U | Dept of the Treaury IRS<br>P O Box 21126<br>Philadelphia, PA 19114<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/26/10 |  | $204.59<br>$204.59 | $0.00 | $204.59 |

# Claims Register

## Case: 10-37469    STEPHENS, LATANYA ROCHELLE

Claims Bar Date: 02/04/14

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 11/02/10 | | $10,691.15 $10,691.15 | $0.00 | $10,691.15 |
| 8 | Northwestern Memorial Hospital 1400 E Lake Cook Road suite 110 Buffalo Grove, IL 60089 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 11/17/10 | | $1,014.13 $1,014.13 | $0.00 | $1,014.13 |
| 9 | Verizon Wireless PO Box 3397 Bloomington, IL 61702-3397 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/01/10 | | $252.70 $252.70 | $0.00 | $252.70 |
| 10 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/09/10 | | $1,801.20 $1,801.20 | $0.00 | $1,801.20 |
| 11 | Midland Credit Management Inc 8875 Aero Drive Ste 200 San Diego, CA 92123 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/16/10 | | $2,393.19 $2,393.19 | $0.00 | $2,393.19 |
| 12 | Tri State Adjustments P O Box 882 Freeport, IL 61032-0882 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/27/10 | | $37.75 $37.75 | $0.00 | $37.75 |
| | | | **Case Total:** | | **$0.00** | **$43,452.20** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-37469
Case Name: STEPHENS, LATANYA ROCHELLE
Trustee Name: Brian Audette

**Balance on hand:** $ 16,695.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,695.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 2,419.51 | 0.00 | 2,419.51 |

Total to be paid for chapter 7 administration expenses: $ 2,419.51
Remaining balance: $ 14,275.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,275.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,891.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Dept of the Treaury IRS | 4,891.49 | 0.00 | 4,891.49 |

Total to be paid for priority claims: $ 4,891.49
Remaining balance: $ 9,384.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 36,041.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Dell Financial Services L.L.C. | 2,808.75 | 0.00 | 729.30 |
| 2 | ASSET ACCEPTANCE LLC assignee/CHASE | 1,375.36 | 0.00 | 357.11 |
| 3 | ASSET ACCEPTANCE LLC assignee /chase/circuit city | 1,276.11 | 0.00 | 331.34 |
| 4 | ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR | 4,630.87 | 0.00 | 1,202.41 |
| 5 | Capital One Bank (USA), N.A. | 9,655.40 | 0.00 | 2,507.03 |
| 6U | Dept of the Treaury IRS | 204.59 | 0.00 | 53.12 |
| 7 | eCAST Settlement Corporation, assignee | 10,691.15 | 0.00 | 2,775.96 |
| 8 | Northwestern Memorial Hospital | 1,014.13 | 0.00 | 263.32 |
| 9 | Verizon Wireless | 252.70 | 0.00 | 65.61 |
| 10 | LVNV Funding LLC | 1,801.20 | 0.00 | 467.68 |
| 11 | Midland Credit Management Inc | 2,393.19 | 0.00 | 621.39 |
| 12 | Tri State Adjustments | 37.75 | 0.00 | 9.80 |

Total to be paid for timely general unsecured claims:   $   9,384.07
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**