| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACQUELINE P. COX |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 680, Chicago, IL |
| Ste. 1700 | Hearing Date: | 05/15/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 09:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: STEPHENS, LATANYA ROCHELLE         §   Case No. 10-37469
                                          §
                                          §
Debtor(s)                                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/15/2014 in Courtroom 680, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/21/2014          By:  Brian A. Audette
                                       Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACQUELINE P. COX |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 680, Chicago, IL |
| Ste. 1700 | Hearing Date: | 05/15/2014 |
| Chicago, IL  60603-5559 | Hearing Time: | 09:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STEPHENS, LATANYA ROCHELLE        §   Case No. 10-37469
                                         §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $         16,695.07 |
| *and approved disbursements of* | $               0.00 |
| *leaving a balance on hand of* [1] | $         16,695.07 |
| **Balance on hand:** | **$         16,695.07** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $               0.00 |
| Remaining balance: | $         16,695.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 2,419.51 | 0.00 | 2,419.51 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $         2,419.51 |
| Remaining balance: | $        14,275.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 14,275.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,891.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Dept of the Treaury IRS | 4,891.49 | 0.00 | 4,891.49 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 4,891.49 |
| Remaining balance: | $ | 9,384.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,141.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 2,808.75 | 0.00 | 729.30 |
| 2 | ASSET ACCEPTANCE LLC assignee/CHASE | 1,375.36 | 0.00 | 357.11 |
| 3 | ASSET ACCEPTANCE LLC assignee /chase/circuit city | 1,276.11 | 0.00 | 331.34 |
| 4 | ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR | 4,630.87 | 0.00 | 1,202.41 |
| 5 | Capital One Bank (USA), N.A. | 9,655.40 | 0.00 | 2,507.03 |
| 6U | Dept of the Treaury IRS | 204.59 | 0.00 | 53.12 |
| 7 | eCAST Settlement Corporation, assignee | 10,691.15 | 0.00 | 2,775.96 |
| 8 | Northwestern Memorial Hospital | 1,014.13 | 0.00 | 263.32 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Verizon Wireless | 252.76 | 0.00 | 65.61 |
| 10 | LVNV Funding LLC | 1,801.20 | 0.00 | 467.68 |
| 11 | Midland Credit Management Inc | 2,393.19 | 0.00 | 621.39 |
| 12 | Tri State Adjustments | 37.75 | 0.00 | 9.80 |

　　　　　Total to be paid for timely general unsecured claims:　　$　　　9,384.07
　　　　　Remaining balance:　　$　　　0.00

　　Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

　　Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

　　　　　Total to be paid for tardy general unsecured claims:　　$　　　0.00
　　　　　Remaining balance:　　$　　　0.00

　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

　　　　　Total to be paid for subordinated claims:　$　　　0.00
　　　　　Remaining balance:　　$　　　0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
                            Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-37469-JPC
Latanya Rochelle Stephens                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 2                  Date Rcvd: Apr 22, 2014
                               Form ID: pdf006            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
```
db         +Latanya Rochelle Stephens,   2511 North Fairfield,   Basement Apt,   Chicago, IL 60647-1807
16213235   +ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR,   PO BOX 2036,   WARREN, MI 48090-2036
16026297  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
            Richmond, VA 23285)
16026300   +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
16226027    Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
            Charlotte, NC  28272-1083
16026299   +Clerk, First Mun Div,   Doc # 10 M1 136549,   50 W. Washington St., Rm. 1001,
            Chicago, IL 60602-1316
16026296  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: Webbank/DFS,   Attn: Bankruptcy Dept.,   12234 N Ih 35 Sb Bldg B,
            Austin, TX 78753)
16026292   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16026293   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16026298   +Freedman Anselmo Lindberg &,   Rappe LLC,   1807 W. Diehl Rd.,   Naperville, IL 60563-1890
16026295   +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16436899 +++Northwestern Memorial Hospital,   1400 E Lake Cook Road suite 110,   Buffalo Grove, IL 60089-1865
16026303   +Northwestern Memorial Hospital,   Attn: Bankruptcy Dept.,   251 E. Huron St.,
            Chicago, IL 60611-3055
16026305   +Northwestern oral Health,   Attn: Bankruptcy Dept.,   676 North Michigan Ave,
            Chicago, IL 60611-2839
16026294   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16641897    Tri State Adjustments,   P O Box 882,   Freeport, IL 61032-0882
16026304   +Verizon,   Attn: Bankruptcy Dept.,   PO Box 9004,   Renton, WA 98057-9004
16371250    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
            New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16212756   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2014 01:28:34
            ASSET ACCEPTANCE LLC assignee  /chase/circuit city,   PO BOX 2036,   WARREN, MI 48090-2036
16211830   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2014 01:28:34
            ASSET ACCEPTANCE LLC assignee/CHASE,   PO BOX 2036,   WARREN, MI 48090-2036
16026286   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2014 01:28:34    BRITISH PETROLEUM/ CHASE,
            C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
16026287   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2014 01:28:34    CIRCUIT CITY/Chase,
            C/O Asset Acceptance LLC,   Po Box 2036,   Warren, MI 48090-2036
16026291   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:31:14
            Citibank Sears GOLD Mastercard,   C/O LVNV Funding LLC,   Po Box 740281,
            Houston, TX 77274-0281
16026289   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:32:10
            Citibank Sears Premier CARD,   C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
16122338    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:33:04
            Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
            Greenville, SC 29603-0390
16026301   +E-mail/Text: cio.bncmail@irs.gov Apr 23 2014 01:27:56    Dept of the Treasury IRS,
            P O Box 21126,   Philadelphia, PA 19114-0326
16026302    E-mail/Text: cio.bncmail@irs.gov Apr 23 2014 01:27:57    IRS Priority Debt,
            Attn: Bankruptcy Dept.,   Box 21126,   Philadelphia, PA 19114
16523996    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:32:10    LVNV Funding LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
16026290   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2014 01:28:36    Midland Credit Management,
            Bankruptcy Department,   8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
16553855   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2014 01:28:36    Midland Credit Management Inc,
            8875 Aero Drive Ste 200,   San Diego CA 92123-2255
16026288   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2014 01:28:34
            VALUE CITY FURNITURE / WORLD F,   C/O Asset Acceptance LLC,   Po Box 2036,
            Warren, MI 48090-2036
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16026306  ##+Quality Healthcare Equipment,   Attn: Bankruptcy Dept.,   525 West Golf Road,
            Arlington Heights, IL 60005-3904
16494556  ##Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: nmolina             Page 2 of 2           Date Rcvd: Apr 22, 2014
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2014 at the address(es) listed below:
          Brian  Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
          Brian  Audette    on behalf of Trustee Brian  Audette baudette@perkinscoie.com, IL32@ecfcbis.com
          Jonathan D Parker    on behalf of Debtor Latanya Rochelle Stephens ndil@geracilaw.com
          Kyle T Dallmann    on behalf of Debtor Latanya Rochelle Stephens ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Wylie W Mok    on behalf of Debtor Latanya Rochelle Stephens ndil@geracilaw.com
                                                                                            TOTAL: 6
```