**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: STEPHENS, LATANYA ROCHELLE § Case No. 10-37469
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $9,675.00　　　　　　　Assets Exempt: $8,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,275.56　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $26,299.84

Total Expenses of Administration: $2,419.51

3) Total gross receipts of $ 16,695.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,695.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,419.51 | 2,419.51 | 2,419.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,891.49 | 4,891.49 | 4,891.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 36,141.20 | 35,683.91 | 9,384.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $43,452.20 | $42,994.91 | $16,695.07 |

4) This case was originally filed under Chapter 7 on August 23, 2010. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2015          By: /s/Brian Audette
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement - Estate of J. Stephens, 10 L 13091 | 1129-000 | 16,695.07 |
| **TOTAL GROSS RECEIPTS** | | **$16,695.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 2,419.51 | 2,419.51 | 2,419.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,419.51** | **$2,419.51** | **$2,419.51** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Dept of the Treaury IRS | 5800-000 | N/A | 4,891.49 | 4,891.49 | 4,891.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,891.49 | $4,891.49 | $4,891.49 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 7100-000 | N/A | 2,808.75 | 2,808.75 | 738.65 |
| 2 | ASSET ACCEPTANCE LLC assignee/CHASE | 7100-000 | N/A | 1,375.36 | 1,375.36 | 361.70 |
| 3 | ASSET ACCEPTANCE LLC assignee /chase/circuit city | 7100-000 | N/A | 1,276.11 | 1,276.11 | 335.59 |
| 4 | ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR | 7100-000 | N/A | 4,630.87 | 4,630.87 | 1,217.81 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,655.40 | 9,655.40 | 2,539.15 |
| 6U | Dept of the Treaury IRS | 7100-000 | N/A | 204.59 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 10,691.15 | 10,691.15 | 2,811.53 |
| 8 | Northwestern Memorial Hospital | 7100-000 | N/A | 1,014.13 | 1,014.13 | 266.69 |
| 9 | Verizon Wireless | 7100-000 | N/A | 252.70 | 0.00 | 0.00 |
| 10 | LVNV Funding LLC | 7100-000 | N/A | 1,801.20 | 1,801.20 | 473.67 |
| 11 | Midland Credit Management Inc | 7100-000 | N/A | 2,393.19 | 2,393.19 | 629.35 |
| 12 | Tri State Adjustments | 7100-000 | N/A | 37.75 | 37.75 | 9.93 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $36,141.20 | $35,683.91 | $9,384.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-37469  
**Case Name:** STEPHENS, LATANYA ROCHELLE  

**Trustee:** (330232)  Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/24/12 (c)  
**§341(a) Meeting Date:** 10/24/12  

**Period Ending:** 05/14/15  

**Claims Bar Date:** 02/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase - Checking Account<br>Imported from Amended Doc#: 30 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | sofa, vacuum, table, chairs, lamps, bedroom sets<br>Imported from Amended Doc#: 30 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Necessary wearing apparel.<br>Imported from Amended Doc#: 30 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Earrings, watch, costume jewelry<br>Imported from Amended Doc#: 30 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Whole Life Insurance<br>Imported from Amended Doc#: 30 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 Toyota Avalon with 98,000 miles<br>Imported from Amended Doc#: 30 | 6,175.00 | 1,375.00 | | 0.00 | FA |
| 7 | Settlement - Estate of J. Stephens, 10 L 13091<br>Unscheduled | 16,695.07 | 16,695.07 | | 16,695.07 | FA |
| 8 | Books, Compact Discs, Tapes/Records, Family Pict | 250.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$26,370.07** | **$18,070.07** | | **$16,695.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee submitted an Amended Distribution Report to the U.S.T. after distribution funds were returned (accounts indicated already paid in full). The ADR was approved and additional distribution checks were sent to claimants on March 23, 2015. Trustee will submit a TDR once he receives the bank statement with copies of the canceled checks.

**Initial Projected Date Of Final Report (TFR):** June 30, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-37469  
**Case Name:** STEPHENS, LATANYA ROCHELLE  
**Taxpayer ID #:** **-***0652  
**Period Ending:** 05/14/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/13 | {7} | Levin & Perconti Client Fund Acct. | | 1129-000 | 16,695.07 | | 16,695.07 |
| 05/15/14 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $2,419.51, Trustee Compensation; Reference: | 2100-000 | | 2,419.51 | 14,275.56 |
| 05/15/14 | 102 | Dept of the Treasury IRS | Dividend paid 100.00% on $4,891.49; Claim# 6P; Filed: $4,891.49; Reference: | 5800-000 | | 4,891.49 | 9,384.07 |
| 05/15/14 | 103 | Dell Financial Services L.L.C. | Dividend paid 25.96% on $2,808.75; Claim# 1; Filed: $2,808.75; Reference: | 7100-000 | | 729.30 | 8,654.77 |
| 05/15/14 | 104 | ASSET ACCEPTANCE LLC assignee/CHASE | Dividend paid 25.96% on $1,375.36; Claim# 2; Filed: $1,375.36; Reference: | 7100-000 | | 357.11 | 8,297.66 |
| 05/15/14 | 105 | ASSET ACCEPTANCE LLC assignee /chase/circuit city | Dividend paid 25.96% on $1,276.11; Claim# 3; Filed: $1,276.11; Reference: | 7100-000 | | 331.34 | 7,966.32 |
| 05/15/14 | 106 | ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR | Dividend paid 25.96% on $4,630.87; Claim# 4; Filed: $4,630.87; Reference: | 7100-000 | | 1,202.41 | 6,763.91 |
| 05/15/14 | 107 | Capital One Bank (USA), N.A. | Dividend paid 25.96% on $9,655.40; Claim# 5; Filed: $9,655.40; Reference: | 7100-000 | | 2,507.03 | 4,256.88 |
| 05/15/14 | 108 | Dept of the Treasury IRS | Dividend paid 25.96% on $204.59; Claim# 6U; Filed: $204.59; Reference: Stopped on 03/04/15 | 7100-000 | | 53.12 | 4,203.76 |
| 05/15/14 | 109 | eCAST Settlement Corporation, assignee | Dividend paid 25.96% on $10,691.15; Claim# 7; Filed: $10,691.15; Reference: | 7100-000 | | 2,775.96 | 1,427.80 |
| 05/15/14 | 110 | Northwestern Memorial Hospital | Dividend paid 25.96% on $1,014.13; Claim# 8; Filed: $1,014.13; Reference: | 7100-000 | | 263.32 | 1,164.48 |
| 05/15/14 | 111 | Verizon Wireless | Dividend paid 25.96% on $252.70; Claim# 9; Filed: $252.70; Reference: Stopped on 03/04/15 | 7100-000 | | 65.61 | 1,098.87 |
| 05/15/14 | 112 | LVNV Funding LLC | Dividend paid 25.96% on $1,801.20; Claim# 10; Filed: $1,801.20; Reference: | 7100-000 | | 467.68 | 631.19 |
| 05/15/14 | 113 | Midland Credit Management Inc | Dividend paid 25.96% on $2,393.19; Claim# 11; Filed: $2,393.19; Reference: | 7100-000 | | 621.39 | 9.80 |
| 05/15/14 | 114 | Tri State Adjustments | Dividend paid 25.96% on $37.75; Claim# 12; Filed: $37.75; Reference: | 7100-000 | | 9.80 | 0.00 |
| 03/04/15 | 108 | Dept of the Treasury IRS | Dividend paid 25.96% on $204.59; Claim# 6U; Filed: $204.59; Reference: Stopped: check issued on 05/15/14 | 7100-000 | | -53.12 | 53.12 |
| 03/04/15 | 111 | Verizon Wireless | Dividend paid 25.96% on $252.70; Claim# 9; Filed: $252.70; Reference: Stopped: check issued on 05/15/14 | 7100-000 | | -65.61 | 118.73 |
| 03/23/15 | 115 | Dell Financial Services L.L.C. | Dividend paid 26.29% on $2,808.75; Claim# 1; Filed: $2,808.75; Reference: | 7100-000 | | 9.35 | 109.38 |

Subtotals :     $16,695.07     $16,585.69

{} Asset reference(s)

Printed: 05/14/2015 10:18 AM     V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-37469  
**Case Name:** STEPHENS, LATANYA ROCHELLE  

**Taxpayer ID #:** **-***0652  
**Period Ending:** 05/14/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/23/15 | 116 | ASSET ACCEPTANCE LLC assignee/CHASE | Dividend paid 26.29% on $1,375.36; Claim# 2; Filed: $1,375.36; Reference: | 7100-000 | | 4.59 | 104.79 |
| 03/23/15 | 117 | ASSET ACCEPTANCE LLC assignee /chase/circuit city | Dividend paid 26.29% on $1,276.11; Claim# 3; Filed: $1,276.11; Reference: | 7100-000 | | 4.25 | 100.54 |
| 03/23/15 | 118 | ASSET ACCEPTANCE LLC assignee VALUE CITY FURNITUR | Dividend paid 26.29% on $4,630.87; Claim# 4; Filed: $4,630.87; Reference: | 7100-000 | | 15.40 | 85.14 |
| 03/23/15 | 119 | Capital One Bank (USA), N.A. | Dividend paid 26.29% on $9,655.40; Claim# 5; Filed: $9,655.40; Reference: | 7100-000 | | 32.12 | 53.02 |
| 03/23/15 | 120 | eCAST Settlement Corporation, assignee | Dividend paid 26.29% on $10,691.15; Claim# 7; Filed: $10,691.15; Reference: | 7100-000 | | 35.57 | 17.45 |
| 03/23/15 | 121 | Northwestern Memorial Hospital | Dividend paid 26.29% on $1,014.13; Claim# 8; Filed: $1,014.13; Reference: | 7100-000 | | 3.37 | 14.08 |
| 03/23/15 | 122 | LVNV Funding LLC | Dividend paid 26.29% on $1,801.20; Claim# 10; Filed: $1,801.20; Reference: | 7100-000 | | 5.99 | 8.09 |
| 03/23/15 | 123 | Midland Credit Management Inc | Dividend paid 26.29% on $2,393.19; Claim# 11; Filed: $2,393.19; Reference: | 7100-000 | | 7.96 | 0.13 |
| 03/23/15 | 124 | Tri State Adjustments | Dividend paid 26.29% on $37.75; Claim# 12; Filed: $37.75; Reference: | 7100-000 | | 0.13 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 16,695.07 | 16,695.07 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 16,695.07 | 16,695.07 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,695.07** | **$16,695.07** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1666** | 16,695.07 | 16,695.07 | 0.00 |
| | $16,695.07 | $16,695.07 | $0.00 |

{} Asset reference(s)

Printed: 05/14/2015 10:18 AM    V.13.23